**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BIG WILL ENTERPRISES INC., <br><br>    Plaintiff, <br><br> v. <br><br> OSRAM GMBH, <br><br> and <br><br> AUTOZONE, INC., <br><br>    Defendants. | Civil Action File No.: 1:25-cv-00179 <br><br> JURY TRIAL DEMANDED |

# EXHIBIT 1

## U.S. Pat. 10,521,846

## (the " '846 Patent")

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| BIG WILL ENTERPRISES INC., <br><br> Plaintiff, <br><br> v. <br><br> OSRAM GMBH, <br><br> and <br><br> AUTOZONE, INC., <br><br> Defendants. | Civil Action File No.: 1:25-cv-00179 <br><br> JURY TRIAL DEMANDED |

# EXHIBIT 2

## U.S. Pat. 9,049,558

## (the " '558 Patent")

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| BIG WILL ENTERPRISES INC., <br><br> Plaintiff, <br><br> v. <br><br> OSRAM GMBH, <br><br> and <br><br> AUTOZONE, INC., <br><br> Defendants. | Civil Action File No.: 1:25-cv-00179 <br><br> JURY TRIAL DEMANDED |

# EXHIBIT 3

## U.S. Pat. 8,737,951

## (the " '951 Patent")

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| BIG WILL ENTERPRISES INC., <br><br> Plaintiff, <br><br> v. <br><br> OSRAM GMBH, <br><br> and <br><br> AUTOZONE, INC., <br><br> Defendants. | Civil Action File No.: 1:25-cv-00179 <br><br> JURY TRIAL DEMANDED |

# EXHIBIT 4

## U.S. Pat. 8,559,914

## (the " '914 Patent")

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BIG WILL ENTERPRISES INC.,<br><br>       Plaintiff,<br><br>v.<br><br>OSRAM GMBH,<br><br>and<br><br>AUTOZONE, INC.,<br><br>       Defendants. | Civil Action File No.: 1:25-cv-00179<br><br>JURY TRIAL DEMANDED |

# EXHIBIT 5

## U.S. Pat. 8,452,273

## (the " '273 Patent")